IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Daniel Simons and Patricia Simons, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No.  11 C 4038 |
| | ) | |
| Frederick J. Hanna & Associates, P.C., | ) | |
| a Georgia professional corporation, | ) | Judge Leinenweber |
| | ) | |
| Defendant. | ) | |

NOTICE OF VOLUNTARY
DISMISSAL WITH PREJUDICE

Plaintiffs, pursuant to F.R.C.P. Rule 41, hereby stipulate to the dismissal of their claims against the Defendant, with prejudice.

Dated: July 6, 2011

One of Plaintiffs' Attorneys

/s/ David J. Philipps_____
David J. Philipps     (Ill. Bar No. 06196285)
Mary E. Philipps     (Ill. Bar No. 06197113)
Philipps & Philipps, Ltd.
9760 S. Roberts Road
Suite One
Palos Hills, Illinois 60465
davephilipps@aol.com

1

## **CERTIFICATE OF SERVICE**

  I hereby certify that on July 6, 2011, a copy of the foregoing **Notice of Voluntary Dismissal with Prejudice** was filed electronically. Notice of this filing will be sent to the following parties by U.S. Mail, first class postage pre-paid, on July 6, 2011, by 5:00 p.m.

Scot W. Groghan
Frederick J. Hanna & Associates, P.C.
1427 Roswell Road
Marietta, Georgia 30062


/s/ David J. Philipps_____

David J. Philipps (Ill. Bar No. 06196285)
Philipps & Philipps, Ltd.
9760 South Roberts Road
Suite One
Palos Hills, Illinois 60465
(708) 974-2900
(708) 974-2907 (FAX)
davephilipps@aol.com